# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

## CIVIL CASE NUMBER:


**Tatiana VINOGRADOVA** (A98 272 902)
1 Winkel Court
Apt. 2-C
Baltimore, MD 21237

      Plaintiff

      vs.

**Michael B. MUKASEY,**
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

**Michael CHERTOFF,**
Secretary of the Department of Homeland Security
Office of the General Counsel
US Department of Homeland Security
Washington, DC 20528

**Emilio T. GONZALEZ,** Director of United
States Citizenship and Immigration Services (USCIS)
Office of the Chief Counsel
U.S. Citizenship and Immigration Services
20 Massachusetts Ave, NW, Rm 4025
Washington, DC 20529

**Paul NOVAK,** Director, USCIS
Vermont Service Center
75 Lower Welden Street
St. Albans, VT

**Evelyn UPCHURCH,** Director
USCIS Texas Service Center
4141 North St. Augustine Road
Dallas, TX 75227

**Gregory COLLETT,** Baltimore District
Director, United States Citizenship and
Immigration Services (USCIS)
Baltimore District Fallon Federal Building
31 Hopkins Plaza
Baltimore, MD 21201

**Robert S. MUELLER,** Director of Federal
Bureau of Investigation
Federal Bureau of Investigation
Office of the General Counsel
935 Pennsylvania Avenue, N.W. Rm 7427
Washington, DC 20535

   Defendants.

---

## COMPLAINT FOR MANDAMUS, AND DECLARATORY AND INJUNCTIVE RELIEF

---

## I. INTRODUCTION

1.   This is a civil action brought by the Plaintiff, Tatiana Vinogradova (Alien

   Number 98 272 902), to compel the Defendants and those acting under them

   to take action on a pending I-485, Application to Register Permanent

   Resident or Adjust Status, filed by the Plaintiff. The I-485 Application was

filed on April 23, 2004 with the United States Citizenship and Immigration
Services ("USCIS") in accordance with current procedure and which
Defendants and those acting under them have failed to take timely action
on.

## II. JURISDICTION

2.    This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331
(federal subject matter jurisdiction) in conjunction with 28 U.S.C. § 1361
(mandamus), the Administrative Procedure Act (APA) (5 U.S.C. §555(b)),
and the Immigration & Nationality Act and regulations implementing it
(Title 8 of the CFR).

3.    Under 28 U.S.C. § 1331, "(t)he district court shall have original jurisdiction
of all civil actions arising under the Constitution, laws, or treaties of the
United States." There is jurisdiction under 28 U.S.C. § 1331 because this
action arises under 28 U.S.C. § 1361 (mandamus), the Administrative
Procedures Act (APA) (5 U.S.C. § 555(b) and 5 U.S.C. §702), and the
Immigration & Nationality Act ("INA") and regulations implementing it

(Title 8 of the C.F.R.).

4.    Under 28 U.S.C. § 1361, "(t)he district courts shall have original

jurisdiction of any action in the nature of mandamus to compel an officer or

employee of the United States or any agency thereof to perform a duty owed

to the plaintiff."

5.    The APA requires USCIS to carry out its duties within a reasonable time.

The provision of the APA that provides this is 5 U.S.C. § 555(b), which

states that, "(w)ith due regard for the convenience and necessity of the

parties or their representatives and within a reasonable time, each agency

shall proceed to conclude a matter presented to it." As an administrative

agency, USCIS is subject to 5 U.S.C. § 555(b). Plaintiff contends that the

delay in processing her application for adjustment of status is unreasonable.

6.    Both the regulations and the INA provide numerous examples of duties

owed by the USCIS in the adjustment of status process. 8 U.S.C. § 1103

states that "[t]he Attorney General *shall* be charged with the administration

and enforcement of this chapter and all other laws relating to the

immigration and naturalization of aliens." (emphasis added). The Code of

Federal Regulations further provides that "[t]he applicant *shall* be notified

of the decision of the Director, and if the application is denied, the reasons

for the denial." 8 C.F.R. § 245.2 (a)(5)(i) (emphasis added). The language of

the statute and these regulations is mandatory, not discretionary, and

requires the Defendants to adjudicate the adjustment of status application.

7.     There are no administrative remedies available to the Plaintiff to redress the

grievances described herein. This action challenges the failure of the

Defendants to complete action on the application and issue the decision due

Plaintiff and does not challenge any discretionary act by the Defendants.

This action does not challenge the granting or denial of individual

applications. Therefore, the jurisdictional limitations of INA §242, 8 U.S.C.

§ 1252, do not apply.

## III. VENUE

8.     Venue lies in this Court under 28 U.S.C. § 1391(e), the venue statute

applicable to civil actions in which Defendants are officers of the United

States acting in official capacities. Venue is proper under 28 U.S.C. § 1391(e) because the Defendants are either officers or employees of the United States and are being sued in their official capacity.

### III. PARTIES

9.  The Plaintiff, Tatiana Vinogradova is a native and citizen of Russia. A visa petition (Form I-140) by her employer, Medstar Research Institute, in the Employment Beneficiary First Preference (Priority Workers) as an Outstanding Researcher was filed concurrently with her application for adjustment of status (Form I-485), with USCIS on April 23, 2004. The visa petition (Form I-140) was approved on January 15, 2005. The Plaintiff's fingerprints were taken by USCIS on March 21, 2005 to allow for necessary criminal and security clearances. USCIS has yet to adjudicate her application for adjustment of status despite the visa petition being approved over three years ago. Tatiana Vinogradova is the proper plaintiff for the Defendants' failure to act on the adjustment of status application. The Defendants' inaction has caused the Plaintiff profound injuries in denying her a final decision on her application to become a Permanent Resident

including, but not limited to, requisite fees paid in order to remain in status during this lengthy delay.

10.    The Plaintiff resides in Baltimore, Maryland and has complied with all requirements in order to adjust her status to that of a permanent resident.

11.    Defendant Michael Mukasey's mailing address is, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001. Defendant Michael Mukasey is the Attorney General of the United States and this action is brought against him in his official capacity. He is charged with administering certain background checks currently required by administrative practice in connection with an application for adjustment of status to permanent resident under § 245 of the INA.

12.    Defendant Michael Chertoff, according to regulation is to be served at the Office of General Counsel, USDHS, Washington, DC 20528. Defendant Michael Chertoff is the United States Secretary of Department of Homeland Security (DHS) and this action is brought against him in his official capacity. He is charged with, among other things, "[a]ll authorities and

functions of the Department of Homeland Security to administer and enforce the immigration laws." 8 U.S.C. § 1103(a); 8 C.F.R. § 2.1.

13.    Defendant Emilio T. Gonzalez's mailing address is Director, USCIS, 20 Massachusetts Ave, NW, Rm 4025 Washington, DC 20529. Defendant Emilio T. Gonzalez is the Director of the United States Citizenship and Immigration Services (USCIS), an agency within the DHS to whom the Secretary's authority has in part been delegated and is subject to the Secretary's supervision. He is being sued in his official capacity. Defendant Director administers the immigration laws on behalf of the Secretary for Homeland Security and the DHS throughout the United States. 8 C.F.R. § 100.2(a).

14.    Defendant Evelyn Upchurch is Director of the USCIS Texas Service Center. Her address is Director, USCIS Texas Service Center, 4141 North St. Augustine Road, Dallas, TX 75227. She has supervisory authority over all operations of the USCIS within this Center with certain specific exceptions not relevant here. 8 C.F.R. § 100.2(d)(2)(ii). She is being sued in her official capacity.

15.    Defendant Paul Novak is Director of the USCIS Vermont Service Center.

His address is Vermont Service Center, 75 Lower Welden Street, St.

Albans, VT.  He has supervisory authority over all operations of the USCIS

within his Center with certain specific exceptions not relevant here. 8 C.F.R.

§ 100.2(d)(2)(ii). He is being sued in his official capacity.


16.    Defendant Gregory Collett's mailing address is Fallon Federal Building 31

Hopkins Plaza Baltimore, MD 21201. Defendant Gregory Collett is the

District Director of the United States Citizenship and Immigration Services,

Baltimore office and is charged supervisory authority over all operations of

the USCIS within his District with certain specific exceptions not relevant

here. 8 C.F.R. § 100.2(d)(2)(ii). He is being sued in his official capacity.


17.    Defendant Robert S. Mueller, III's mailing address is Director, Federal

Bureau of Investigations, J. Edgar Hoover Building, 935 Pennsylvania Ave,

NW, Washington DC 20535-0001. Defendant Robert S. Mueller is the

Director of Federal Bureau of Investigation (FBI) the law enforcement

agency charged with processing security checks for the Plaintiff. 8 C.F.R. §

335.2(b). He is being sued in his official capacity.

## IV.  STATEMENT OF FACTS

18.  The Plaintiff, Tatiana Vinogradova, is a native and citizen of Russia.  She was born on March 25, 1952.

19.  On April 23, 2004, the Plaintiff concurrently filed a visa petition (Form I-140) and application of adjustment of status to lawful permanent resident (Form I-485) with required documentation at the Vermont Service Center of the USCIS in accordance with specified procedure. The Vermont Service Center is charged with completing data entry and other aspects of the application and if necessary, scheduling the matter for hearing at the appropriate district office of USCIS, in this case the Baltimore District Office. Forms I-140 and I-485 may be concurrently filed pursuant to 8 C.F.R. §§ 204, 245 and 299. The Plaintiff's Form I-140 petition was approved on January 15, 2005.

20.  On March 21, 2005, the Plaintiff's fingerprints were taken by USCIS to allow for necessary criminal and security clearances. Pursuant to 8 C.F.R. § 245.6, each applicant for adjustment of status shall be interviewed by an

immigration officer.

21.  On September 18, 2006, the Plaintiff's counsel sent a request for expedited treatment of her case because of the long delay in adjudication via fax to the Vermont Service Center. The Center Director, Paul E. Novak Jr. denied the request, and refused to expedite the case with "special handling" or request that the security clearance be conducted more rapidly.  Plaintiff's counsel has made numerous other inquiries via telephone, and USCIS has informed counsel each time the adjudication of the case is awaiting security clearance.

22.  On January 8, 2008, the Plaintiff's attorney attended an InfoPass appointment at the Baltimore District USCIS office, and was told that the case was pending due to a delay in the security check, at the Texas Service Center.  No details were given, nor was any date given when the security check might be completed.

23.  Nearly four years have passed since the initial filing and over three years since the visa petition was approved, the USCIS has still refused to adjudicate the application.

# IV. REQUEST FOR RELIEF

## COUNT ONE

### (Unreasonable Delay)

24.    The Plaintiff hereby incorporates the information in paragraphs 1 through
23 above as though fully set forth herein.

25.    The Plaintiff has complied with all of the requirements for her application to
register permanent residence or to adjust status.

26.    The Defendants have willfully and unreasonably delayed and have refused
to adjudicate the application in violation of provisions of the INA and the
APA.

27.    The delay in adjudicating the application is not attributable to the Plaintiff.

28.    The Defendants owe a duty to adjudicate the visa application and
adjustment of status application and have unreasonably failed to perform
that duty. This duty is owed under the INA, APA and regulations as well as

by charging a filing fee. The proper payment of this fee created an

obligation for USCIS to process and adjudicate the application.

29. The delay is unreasonable per se.

30. The delay is unreasonable in light of the fact that Plaintiff has had to file

for yearly renewals of travel permission and work authorization, at a cost of

$290 each year. USCIS has raised these fees so that the current annual cost

of these renewals is $645.00.

31. The delay is unreasonable in light of the fact that USCIS has failed to

adequately respond to any of the Plaintiff's inquiries into the status of her

application.

33. By making numerous inquiries into the status of the application, the

Plaintiff has exhausted any and all administrative remedies that may exist.

No other remedy exists to resolve Defendants' delay and lack of ability or

willingness to adjudicate the Plaintiff's application for adjustment of status.

## COUNT TWO

## DECLARATORY JUDGMENT ACT

33.    Plaintiff re-alleges and incorporates by reference paragraphs 1 through 21 above.

34.    Plaintiff contends that Defendants actions are unconstitutional, violate the INA, and are arbitrary and capricious and seek a declaration to that effect. 28 U.S.C. § 2201.

## COUNT THREE

## ADMINISTRATIVE PROCEDURES ACT

35.    Plaintiff re-alleges and incorporates by reference paragraphs 1 through 21 above.

36.    By failing to clear the name check within a reasonable time, Defendants' practices and procedures violate the Administrative Procedures Act and constitute agency action that is arbitrary,  capricious, and not in accordance

with law. 5 U.S.C. §§ 701 et seq.

37. The Administrative Procedures Act requires administrative agencies to
conclude matters presented to them "within a reasonable time." 5 U.S.C.
§555. A District Court reviewing agency action may "compel agency action
unlawfully withheld or unreasonably delayed." 5 U.S.C. §706(1). The Court
may hold unlawful and set aside agency action that, *inter alia*, is found to be
"arbitrary, capricious, an abuse of discretion, or otherwise not in accordance
with law," 5 U.S.C. §706(2)(A); "in excess of statutory jurisdiction,
authority, or limitations, or short of statutory right," 5 U.S.C. §796(2)(C); or
"without observance of procedure required by law," 5 U.S.C. 706(2)(D).
"Agency action" includes, in relevant part, "an agency rule, order, license,
sanction, relief, or the equivalent or denial thereof, or failure to act." 5
U.S.C. §551(13).

38. The failure of the defendants to adjudicate the adjustment of status
application within a reasonable time violates the Administrative Procedures
Act, 5 U.S.C. §555(b), 5 U.S.C. §§706(1), 706(2)(A), 706(2)(C), and
706(2)(D).

39.    The failure of the Defendants to complete name checks timely with the full

knowledge that USCIS requires the completion of such name checks for

adjudication of applications for the adjustment of status of the Plaintiff

violates the Administrative Procedures Act, 5 U.S.C. §555(b), 5 U.S.C.

§§706(1), 706(2)(A), 706(2)(C), and 706(2)(D).


40.    The failure of the Defendants to set deadlines for completing name checks

and to take all other reasonable steps necessary to complete the adjustment

of status application of the Plaintiff in violation of 8 U.S.C. §1446(d) and 8

C.F.R. §335 violates the Administrative Procedures Act, 5 U.S.C. §555(b),

5 U.S.C. §§706(1), 706(2)(A), 706(2)(C), and 706(2)(D).


## COUNT FOUR

### (Equal Access to Justice Act)


41.    The Plaintiff hereby incorporates the information in paragraphs 1 through

23 above as though fully set forth herein.

42.    The Plaintiff seeks attorney's fees and costs under the equal Access to

Justice Act ("EAJA") as amended 5 U.S.C. § 504 and 28 U.S.C. § 2412.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully asks the Court to:

1.    Assume jurisdiction over this matter;

2.    If necessary, order that a hearing take place;

3.    Compel the Defendants and those acting under them to perform their

duty and complete processing of and render a final decision on the

application for adjustment of status for the Plaintiff immediately;

4.    Declare that Defendants' policies, practices and customs which

deprive Plaintiff of her right to an adjudication of her application for

adjustment of status application within a reasonable time violates the

United States Constitution, the Immigration and Nationality Act and

the Administrative Procedures Act;

5.  Declare that Defendants' practices violate legal duties owed to

    Plaintiff under the Immigration and Nationality Act;

6.  Award Plaintiff's counsel reasonable attorney's fees and costs

    pursuant to the Equal Access to Justice Act, 5 U.S.C. §504, 28 U.S.C.

    §2412; and

7.  Grant such other and further relief as may be just and proper.

Respectfully Submitted,

By: __/s/ Carolyn Ann Killea__

Carolyn Ann Killea
District of Columbia Bar Number 412419
M. Deutsch Immigration Law Firm
1666 Connecticut Avenue, NW
Suite 325
Washington, D.C. 20009
Phone: 202-728-0820
Fax: 202-234-1270
morrisdeutsch@compuserve.com

By: ___/s/ Morris H. Deutsch__

Morris H. Deutsch

District of Columbia Bar Number 405483
M. Deutsch Immigration Law Firm
1666 Connecticut Avenue, NW

Suite 325
Washington, D.C. 20009
Phone: 202-728-0820
Fax: 202-234-1270
ATTORNEYS FOR THE PLAINTIFF

**A.**

**Copies of USCIS receipt notices, showing that Dr. Vinogradova's I-140 petition as an outstanding researcher and I-485 application to adjust to permanent resident status were filed on April 23, 2004.**

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** <br> EAC-04-158-54053 | **CASE TYPE** I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIVED DATE** <br> April 23, 2004    **PRIORITY DATE** | **APPLICANT** A98 272 902 <br> VINOGRADOVA, TATIANA M. |
| **NOTICE DATE** <br> May 6, 2004    **PAGE** 1 of 1 | |
| MORRIS H. DEUTSCH <br> OSBORNE AND DEUTSCH <br> 1666 CONNECTICUT AVENUE NW <br> SUITE 325 <br> WASHINGTON DC 20009 | **Notice Type:** Receipt Notice <br><br> Amount received: $ 305.00 <br> Section: Adjustment as direct <br> beneficiary of immigrant <br> petition |

The above application or petition has been received. It usually takes 365 to 540 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**



# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER**<br>EAC-04-158-54204 | **CASE TYPE** I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
| **RECEIVED DATE**<br>April 23, 2004 | **PRIORITY DATE** | **PETITIONER**<br>MEDSTAR RESEARCH INSTITUTE |
| **NOTICE DATE**<br>May 6, 2004 | **PAGE**<br>1 of 1 | **BENEFICIARY** A98 272 902<br>VINOGRADOVA, TATIANA M. |

CAROLYN A. KILLEA
OSBORNE AND DEUTSCH
1666 CONNECTICUT AVENUE NW
WASHINGTON DC 20009

**Notice Type:** Receipt Notice

**Amount received:** $ 135.00

**Section:** Outstanding Professor or
Researcher, Sec.203(b)(1)(B)

The above application or petition has been received. It usually takes 90 to 485 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**



# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-04-158-54088 | CASE TYPE  I765<br>APPLICATION FOR EMPLOYMENT AUTHORIZATION |
|---|---|
| RECEIVED DATE<br>April 23, 2004 | PRIORITY DATE | APPLICANT  A98 272 902<br>VINOGRADOVA, TATIANA M. |
| NOTICE DATE<br>May 6, 2004 | PAGE<br>1 of 1 | |

| | |
|---|---|
| MORRIS H. DEUTSCH<br>OSBORNE AND DEUTSCH<br>1666 CONNECTICUT AVENUE NW<br>SUITE 325<br>WASHINGTON DC 20009 | Notice Type:  Receipt Notice<br><br>Amount received: $  120.00<br><br>Class requested: C09 |

The above application for an Employment Authorization Document (EAD), Form I-765, has been received.  Processing time is approximately 80 days from the date of this receipt notice.

A Notice of Action, Form I-797, will be sent to you at the address listed above when a decision on this case is made.

If any of the above information is incorrect, or you do not receive a decision on this application within 90 days, please notify us immediately.

Case status information is available 24 hours a day by calling the number (800) 375-5283 from a touch-tone phone.  You will need the receipt number listed on this notice to obtain the information.

If inquiry is written, please attach a copy of this notice.

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**



# THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| **RECEIPT NUMBER**<br>EAC-04-158-54132 | | **CASE TYPE**   I131<br>APPLICATION FOR INS TRAVEL DOCUMENT | |
| **RECEIVED DATE**<br>April 23, 2004 | **PRIORITY DATE** | **APPLICANT**   A98 272 902<br>VINOGRADOVA, TATIANA M. | |
| **NOTICE DATE**<br>May 6, 2004 | **PAGE**<br>1 of 1 | | |

MORRIS  H. DEUTSCH
OSBORNE AND DEUTSCH
1666 CONNECTICUT AVENUE NW
SUITE 325
WASHINGTON DC 20009

**Notice Type:   Receipt Notice**

**Amount received: $  110.00**

The above application or petition has been received. It usually takes 30 to 60 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**



## B.

**Copy of notice from USCIS showing that the
"outstanding researcher" petition
for Dr. Vinogradova was approved on
January 15, 2005.**

Department of Homeland Security
U.S. Citizenship and Immigration Ser...

...11-RWR    Document 1-2    Filed 02/06/2008    I-797, Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-04-158-54204 | CASE TYPE  I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|
| RECEIPT DATE<br>May 5, 2004 | PRIORITY DATE<br>April 23, 2004 | PETITIONER<br>MEDSTAR RESEARCH INSTITUTE |
| NOTICE DATE<br>January 15, 2005 | PAGE<br>1 of 1 | BENEFICIARY  A98 272 902<br>VINOGRADOVA, TATIANA M. |

| CAROLYN A. KILLEA<br>OSBORNE AND DEUTSCH<br>1666 CONNECTICUT AVENUE NW<br>WASHINGTON DC 20009 | Notice Type:  Approval Notice<br>Section: Outstanding Professor or<br>Researcher, Sec.203(b)(1)(B) |
|---|---|

The above petition has been approved. The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 08/31/04) N

# C.

# Copy of fingerprint appointment notification for Dr. Vinogradova, dated March 21, 2005.

## THE UNITED STATES OF AMERICA

| **Fingerprint Notification** | | | **NOTICE DATE**<br>02/15/2005 |
|---|---|---|---|
| **CASE TYPE**<br>I485  Application to Register Permanent Resident or Adjust Status | | **SOCIAL SECURITY NUMBER** | **USCIS A#**<br>A098272902 |
| **APPLICATION NUMBER**<br>EAC0415854053 | **CODE**<br>3 | **SERVICE CENTER**<br>ESC | **PAGE**<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
TATIANA VINOGRADOVA
c/o MORRIS H DEUTSCH
OSBORNE AND DEUTSCH
1666 CONNECTICUT AVENUE NW SUITE 325
WASHINGTON, DC 20009-

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE APPOINTED DATE AND TIME
TO HAVE YOUR BIOMETRICS TAKEN.** If you are unable to appear at this time, you may go on any following Wednesday
at the same time noted below, as long as you appear before  05/13/2005. If you do not have your biometrics taken by that date,
your application will be considered abandoned.

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
|---|---|
| USCIS BALTIMORE<br>31 HOPKINS PLAZA<br>FALLON FEDERAL BUILDING ROOM G-100<br>BALTIMORE, MD 21201 | 03/21/2005<br>2:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.**
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

If you have any questions regarding this notice, please call 1-800-375-5283.

**APPLICANT COPY**

**APPLICATION NUMBER**
EAC0415854053



Form I-797 (Rev. 08/31/04) N

# D.

**Copy of letter from the Vermont Service Center Director, denying the request for expedited treatment, based on long delay, far beyond regular processing times. Copy of Request for Expedited Treatment, dated September 18, 2006.**



**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001

**US Citizenship
and Immigration
Services**

September 22, 2006

MORRIS DEUTSCH
OSBORNE AND DEUTSCH
166 CONNECTICUT AVE NW  SUITE 325
WASHINGTON DC  20009

File Receipt Number: EAC0415854053
Applicant/Petitioner: TATIANA M. VINOGRADOVA

Dear Sir or Madam:

Upon receipt of your letter requesting expeditious handling, this matter was reviewed and a determination was made that it does not meet the criteria for special handling.  The processing of you case has been delayed.  We are currently awaiting the results of required security checks on this case.

For future status inquiries of a petition or application filed at this Center you may want to utilize our National Customer Service Center by calling 1-800-375-5283.  If you would like to obtain forms, filing instructions, case status or schedule an appointment with your local office, please visit our web site at www.uscis.gov.  You must use the InfoPass Appointment Scheduler prior to visiting your local office.

FINAL NOTE:  Please remember that every person, over the age of 14, who is not a U.S. citizen or in 'A' or 'G' nonimmigrant status, must also notify the Department of Homeland Security within 10 days from when they move.  To do this, please complete and mail in Form AR-11.

Sincerely,

Paul E. Novak J.

Paul E. Novak, Jr.
Center Director
VSC06091987213/259981

**ITE REQUEST Fax 802-527-4816**

DATE: 09/18/2006

**PLEASE COMPLETE ALL INFORMATION THAT APPLIES TO YOUR APPLICATION/PETITION**

FORM TYPE (S) : I-485                    EAC/A-NUMBER (S) :  EAC-04-158-54053

VISA CLASSIFICATION: A98 272 902

REQUESTER: ☒ ATTORNEY/REPRESENTATIVE      ☐ PETITIONER      ☐ APPLICANT

TITLE:  Attorney                          E-MAIL ADDRESS: morrisdeutsch@compuserve.com
DAYTIME PHONE NUMBER: (202)728-0820       FAX NUMBER: (202)234-1270

PETITIONER:                               DOB:
BENEFICIARY:                              DOB:
APPLICANT: Tatiana M. VINOGRADOVA         DOB: 03/25/1952

WORK DATES IN U.S.:                       TRAVEL DATES:
CONSULATE/POE:

IS PETITIONER A NON-PROFIT ORGANIZATION?      ☐ YES      ☒ NO

IF YES, IS FORM 501c (3) INCLUDED?   ☐ YES        ☐ NO

FILING DATE: 04/20/2004                   DATE RECEIVED AT VSC: 04/23/2004
MAIL CARRIER: FEDEX                       AIR BILL NUMBER: 7918 2424 8698

**REASON FOR EXPEDITE REQUEST (PLEASE ATTACH NO MORE THAN 5 PAGES, PLUS THIS FORM, WITH YOUR REASON (S) FOR AN EXPEDITE)**

☒ HUMANITARIAN    ☐ EXTREME EMERGENCY    ☐ SEVERE FINANCIAL LOSS

☐ SERVICE ERROR        ☐ COMPELLING INTEREST OF THE SERVICE

☐ DEPARTMENT OF DEFENSE OF NATIONAL INTEREST (REQUEST MUST COME FROM A
   U.S. GOVERNMENT ENTITY)

☐ NONPROFIT STATUS (IN FURTHERANCE OF U.S. CULTURAL AND SOCIAL INTERESTS)

I-485 was received 04/23/2004.  I-140 has long been approved: 01/15/2005.  Your "processing time" chart states you are approving cases filed 06/09/2005. Please adjudicate the case.

_____                 Morris H. Deutsch
**SIGNATURE**                             **PRINTED OR TYPED NAME**

**FOR BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES (BCIS) USE ONLY
DO NOT WRITE BELOW THIS LINE**

☐ **APPROVED**      ☐ **DENIED**

**EXPLANATION:**

```
***************************
***  ACTIVITY REPORT  ***
***************************
```

| ST. TIME | CONNECTION TEL | CONNECTION ID | NO. | MODE | | PGS. | RESULT | |
|---|---|---|---|---|---|---|---|---|
| *09/08 09:11 | 2024486920 | | 6505 | AUTO FAX RX | ECM | 1 | OK | 00'45 |
| *09/08 09:12 | 14842701615 | | 3378 | TRANSMIT | G3 | 2 | OK | 00'56 |
| *09/08 09:26 | 3018642805 | | 3379 | TRANSMIT | ECM | 1 | OK | 00'20 |
| *09/08 10:41 | 17032079549 | | 3380 | TRANSMIT | ECM | 2 | OK | 00'47 |
| *09/08 14:18 | | | 6506 | MEMORY RX | ECM | 4 | OK | 02'48 |
| *09/11 11:30 | 2022341270 | | 3381 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | | 0 | #018 |
| *09/11 11:35 | 2027835211 | | 3382 | TRANSMIT | ECM | 6 | OK | 01'40 |
| *09/11 12:57 | | | 6507 | AUTO FAX RX | ECM | 8 | OK | 02'23 |
| *09/11 13:00 | | | 6508 | AUTO FAX RX | ECM | 8 | OK | 02'25 |
| *09/11 13:05 | | | 6509 | AUTO FAX RX | ECM | 24 | OK | 09'25 |
| *09/11 14:07 | 2023344850 | | 3383 | TRANSMIT | ECM | 1 | OK | 00'27 |
| *09/11 14:08 | 202 334 4850 | | 6510 | AUTO FAX RX | ECM | 1 | OK | 00'58 |
| *09/11 14:10 | 2026352648 | | 3384 | TRANSMIT | ECM | 1 | OK | 00'30 |
| *09/11 14:56 | 3018642805 | | 6511 | AUTO FAX RX | ECM | 2 | OK | 00'40 |
| *09/11 15:40 | 202 393 4733 | | 6512 | AUTO FAX RX | ECM | 3 | OK | 00'52 |
| *09/11 16:07 | 14104657458 | | 3385 | TRANSMIT | ECM | 1 | OK | 00'24 |
| *09/11 16:09 | 14104655151 | | 3386 | TRANSMIT | ECM | 1 | OK | 00'25 |
| *09/11 17:00 | 2102711087 | | 6513 | AUTO FAX RX | G3 | 6 | OK | 03'20 |
| *09/12 13:13 | 6 | | 6514 | AUTO FAX RX | ECM | 1 | OK | 00'46 |
| *09/12 13:22 | 9493898099 | | 6515 | AUTO FAX RX | ECM | 4 | OK | 01'46 |
| *09/12 16:28 | 2129041025 | | 6516 | AUTO FAX RX | ECM | 9 | OK | 02'08 |
| *09/12 17:43 | 3018642805 | | 6517 | AUTO FAX RX | ECM | 3 | OK | 00'51 |
| *09/12 17:46 | | | 6518 | AUTO FAX RX | ECM | 1 | OK | 00'36 |
| *09/12 20:05 | | | 6519 | AUTO FAX RX | ECM | 1 | OK | 00'50 |
| *09/13 10:49 | 703 621 7468 | | 6520 | AUTO FAX RX | ECM | 3 | OK | 01'13 |
| *09/13 12:11 | | | 6521 | AUTO FAX RX | ECM | 1 | OK | 00'34 |
| *09/13 13:19 | | | 6522 | AUTO FAX RX | ECM | 1 | OK | 00'30 |
| *09/14 08:18 | 8 812 7175030 | | 6523 | AUTO FAX RX | G3 | 4 | OK | 02'10 |
| *09/14 13:19 | 8564865162 | | 6524 | AUTO FAX RX | ECM | 2 | OK | 00'48 |
| *09/14 14:50 | 9493898082 | | 6525 | AUTO FAX RX | ECM | 3 | OK | 01'21 |
| *09/14 15:13 | 301 519 5566 | | 6526 | AUTO FAX RX | ECM | 1 | OK | 00'39 |
| *09/14 20:47 | | | 6527 | AUTO FAX RX | ECM | 1 | OK | 00'49 |
| *09/15 10:20 | 3016565703 | | 6528 | AUTO FAX RX | ECM | 3 | OK | 02'28 |
| *09/15 12:38 | | | 6529 | AUTO FAX RX | ECM | 1 | OK | 00'35 |
| *09/15 16:01 | 18025274816 | CUSTOM RELATIONS | 3387 | TRANSMIT | ECM | 1 | OK | 00'31 |
| 09/15 17:59 | 202+408+1129 | | 3388 | MANUAL TX | ECM | 4 | OK | 01'03 |
| 09/18 08:33 | 240 631 1778 | | 6530 | AUTO FAX RX | ECM | 2 | OK | 00'38 |
| 09/18 10:05 | 202 887 5222 | NIXON CENTER | 6531 | AUTO FAX RX | ECM | 1 | OK | 00'34 |
| 09/18 10:10 | | | 6532 | AUTO FAX RX | ECM | 19 | OK | 05'37 |
| 09/18 12:12 | 18025274816 | CUSTOM RELATIONS | 3389 | TRANSMIT | ECM | 1 | OK | 00'30 |

**E.**

**Copy of InfoPass confirmation sheet, for appointment on January 8, 2008, with attorney notes of result of the appointment at USCIS, stating that the case is "in processing," and "security check pending."**



**INFOPASS**
Your e-Ticket to Immigration
Information.

| | |
|---|---|
| **Name:** | **Tatiana Mikhailovna Vinogradova** |
| **Appointment Type:** | **Speak to immigration officer** |
| **Confirmation No.:** | **BAL-07-40524**       **Authentication Code:**  5e86 |
| **Appointment Date:** | **January 8, 2008** |
| **Appointment Time:** | **7:30 AM** |
| **Location:** | **FALLON FEDERAL BUILDING, 31 HOPKINS PLAZA, Baltimore, MD 21201; ROOM 101** |

## This is your Confirmation Number:

*BAL-07-40524*

## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### 96851

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order that we may serve you more efficiently, we recommend that you bring all applicable immigration forms, letters, receipts and supporting documents. If translations are used, they should be certified. Please bring the original documents as well.
- Proof of Maryland residence is required to be serviced at this office. Please bring with you the appropriate documents to establish Maryland residency. For office closing/delay due to hazardous weather or to an unforseen emergency, please call 410 962 2338 option 5 prior to coming to the office for your appointment.





**U.S. Department of Homeland Security**

**Citizenship and Immigration Services**

---

*Fallon Federal Building*
*31 Hopkins Plaza, 1ˢᵗ Floor*
*Baltimore, Maryland 21201*

Date: *Jan 8, 2008*

Dear Sir/Madam:

Reference is made to your inquiry regarding Alien Registration file number A *98 272 902* . Specifically, you are requesting that the Service advise you as to the status of your naturalization/adjustment of status application.

We have again reviewed the Service records as they pertain to your request. That review again indicates that your case is still pending a variety of background checks with other government agencies. We are not at liberty to discuss further details of these checks. Again, once the results are received, you will receive written notification of a decision.

**It is important to note that every case is subject to these checks and once the results have cleared, then and only then, will a decision be rendered. Each case is decided upon by an individual basis. We apologize for any inconvenience.**

Thank you for the opportunity to assist you in this matter.

# F.

## Copy of Visa Bulletins for January and February, 2008, showing that the Priority Date for Employment-Based 1st Preference cases is Current.

Number 115
*Volume VIII*
*Washington, D.C.*

## VISA BULLETIN FOR FEBRUARY 2008

### A. STATUTORY NUMBERS

Visas Home

Americans Traveling Abroad

A to Z Index

Questions about Visas?

Temporary Visitors to the U.S.

Immigrants to the U.S.

Frequently Requested Visa Information

Laws, Regulation and Visa Policy Information

About Visa Services

1. This bulletin summarizes the availability of immigrant numbers during **February**. Consular officers are required to report to the Department of State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship and Immigration Services in the Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the extent possible under the numerical limitations, for the demand received by January 7th in the chronological order of the reported priority dates. If the demand could not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was excessive was deemed oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who could not be reached within the numerical limits. Only applicants who have a priority date **earlier than** the cut-off date may be allotted a number. Immediately that it becomes necessary during the monthly allocation process to retrogress a cut-off date, supplemental requests for numbers will be honored only if the priority date falls within the new cut-off date.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference limit of 226,000. The worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribes that the per-country limit for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference limits, i.e., 25,620. The dependent area limit is set at 2%, or 7,320.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

### FAMILY-SPONSORED PREFERENCES

**First:** Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

**Second:** Spouses and Children, and Unmarried Sons and Daughters of Permanent Residents: 114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, and any unused first preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the per-country limit;

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

**Third:** Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second preferences.

**Fourth:** Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

### EMPLOYMENT-BASED PREFERENCES

**First:** Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not required for fourth and fifth preferences.

**Second:** Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the worldwide employment-based preference level, plus any numbers not required by first preference.

**Third:** Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not required by first and second preferences, not more than 10,000 of which to "Other Workers".

**Fourth:** Certain Special Immigrants: 7.1% of the worldwide level.

**Fifth:** Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a targeted rural or high-unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligible immigrants in the order in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of preference immigrants are entitled to the same status, and the same order of consideration, if accompanying or following to join the principal. The visa prorating provisions of Section 202(e) apply to allocations for a foreign state or dependent area

5. On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. (NOTE: Numbers are available only for applicants whose priority date is **earlier than** the cut-off date listed below.)

| Fam-ily | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPP-INES |
|---|---|---|---|---|---|
| 1st | 08FEB02 | 08FEB02 | 08FEB02 | 01JUL92 | 22JAN93 |
| 2A | 15MAR03 | 15MAR03 | 15MAR03 | 01MAY02 | 15MAR03 |
| 2B | 01JAN99 | 01JAN99 | 01JAN99 | 22MAR92 | 22JAN97 |
| 3rd | 08MAY00 | 08MAY00 | 08MAY00 | 08JUL92 | 01APR91 |
| 4th | 08JUL97 | 15NOV96 | 08OCT96 | 01NOV94 | 15FEB86 |

*NOTE: For February, 2A numbers **EXEMPT from per-country limit** are available to applicants from all countries with priority dates earlier than 01MAY02. 2A numbers **SUBJECT** to per-country limit are available to applicants chargeable to all countries **EXCEPT MEXICO** with priority dates beginning 01MAY02 and earlier than 15MAR03. (All 2A numbers provided for MEXICO are exempt from the per-country limit; there are no 2A numbers for MEXICO subject to per-country limit.)

| | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIP-PINES |
|---|---|---|---|---|---|
| Employ-ment -Based | | | | | |
| 1st | C | C | C | C | C |
| 2nd | C | 01JAN03 | U | C | C |
| 3rd | 01NOV02 | 15NOV01 | 08MAY01 | 22APR01 | 01NOV02 |
| Other Workers | 01OCT01 | 01OCT01 | 01OCT01 | 01OCT01 | 01OCT01 |
| 4th | C | C | C | C | C |
| Certain Religious Workers | C | C | C | C | C |
| 5th | C | C | C | C | C |
| Targeted Employ-ment Areas/ Regional Centers | C | C | C | C | C |

The Department of State has available a recorded message with visa availability information which can be heard at: (area code 202) 663-1541. This recording will be updated in the middle of each month with information on cut-off dates for the following month.

Employment Third Preference Other Workers Category: Section 203(e) of the NACARA, as amended by Section 1(e) of Pub. L. 105-139, provides that once the Employment Third Preference Other Worker (EW) cut-off date has reached the priority date of the latest EW petition approved prior to November 19, 1997, the 10,000 EW numbers available for a fiscal year are to be reduced by up to 5,000 annually beginning in the following fiscal year. This reduction is to be made for as long as necessary to offset adjustments under the NACARA program. Since the EW cut-off date reached November 19, 1997 during Fiscal Year 2001, the reduction in the EW annual limit to 5,000 began in Fiscal Year 2002.

**B. DIVERSITY IMMIGRANT (DV) CATEGORY**

Section 203(c) of the Immigration and Nationality Act provides a maximum of up to 55,000 immigrant visas each fiscal year to permit immigration opportunities for persons from countries other than the principal sources of current immigration to the United States. The Nicaraguan and Central American Relief Act (NACARA) passed by

*Number 114*
*Volume VIII*
*Washington, D.C.*

## VISA BULLETIN FOR JANUARY 2008

### A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during **January**. Consular officers are required to report to the Department of State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship and Immigration Services in the Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the extent possible under the numerical limitations, for the demand received by December **10th** in the chronological order of the reported priority dates. If the demand could not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was excessive was deemed oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who could not be reached within the numerical limits. Only applicants who have a priority date **earlier than** the cut-off date may be allotted a number. Immediately that it becomes necessary during the monthly allocation process to retrogress a cut-off date, supplemental requests for numbers will be honored only if the priority date falls within the new cut-off date.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference limit of 226,000. The worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribes that the per-country limit for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference limits, i.e., 25,620. The dependent area limit is set at 2%, or 7,320.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

### FAMILY-SPONSORED PREFERENCES

**First:** Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

**Second:** Spouses and Children, and Unmarried Sons and Daughters of Permanent

Residents: 114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, and any unused first preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the per-country limit;

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

**Third:** Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second preferences.

**Fourth:** Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

### EMPLOYMENT-BASED PREFERENCES

**First:** Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not required for fourth and fifth preferences.

**Second:** Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the worldwide employment-based preference level, plus any numbers not required by first preference.

**Third:** Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not required by first and second preferences, not more than 10,000 of which to "Other Workers".

**Fourth:** Certain Special Immigrants: 7.1% of the worldwide level.

**Fifth:** Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a targeted rural or high-unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligible immigrants in the order in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of preference immigrants are entitled to the same status, and the same order of

Visas Home

Americans Traveling Abroad

A to Z Index

Questions about Visas?

Temporary Visitors to the U.S.

Immigrants to the U.S.

Frequently Requested Visa Information

Laws, Regulation and Visa Policy Information

About Visa Services

MEXICO, and PHILIPPINES.

5. On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. (NOTE: Numbers are available only for applicants whose priority date is **earlier** than the cut-off date listed below.)

| Fam-ily | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPP-INES |
|---|---|---|---|---|---|
| 1st | 01FEB02 | 01FEB02 | 01FEB02 | 01JUL92 | 22NOV92 |
| 2A | 22FEB03 | 22FEB03 | 22FEB03 | 01MAY02 | 22FEB03 |
| 2B | 22NOV98 | 22NOV98 | 22NOV98 | 22MAR92 | 15JAN97 |
| 3rd | 08MAY00 | 08MAY00 | 08MAY00 | 08JUL92 | 01APR91 |
| 4th | 08JUL97 | 01NOV96 | 15SEP96 | 01OCT94 | 01FEB86 |

*NOTE: For January, 2A numbers EXEMPT from per-country limit are available to applicants from all countries with priority dates earlier than 01MAY02. 2A numbers SUBJECT to per-country limit are available to applicants chargeable to all countries EXCEPT MEXICO with priority dates beginning 01MAY02 and earlier than 22FEB03. (All 2A numbers provided for MEXICO are exempt from the per-country limit; there are no 2A numbers for MEXICO subject to per-country limit.)

| | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIP-PINES |
|---|---|---|---|---|---|
| Employ-ment -Based | | | | | |
| 1st | C | C | C | C | C |
| 2nd | C | 01JAN03 | 01JAN00 | C | C |
| 3rd | 15OCT02 | 01NOV01 | 01MAY01 | 22APR01 | 15OCT02 |
| Other Workers | 01OCT01 | 01OCT01 | 01OCT01 | 01OCT01 | 01OCT01 |
| 4th | C | C | C | C | C |
| Certain Religious Workers | C | C | C | C | C |
| 5th | C | C | C | C | C |
| Targeted Employ-ment Areas/ Regional Centers | C | C | C | C | C |

The Department of State has available a recorded message with visa availability information which can be heard at: (area code 202) 663-1541. This recording will be updated in the middle of each month with information on cut-off dates for the following month.

Employment Third Preference Other Workers Category: Section 203(e) of the NACARA, as amended by Section 1(e) of Pub. L. 105-139, provides that once the Employment Third Preference Other Worker (EW) cut-off date has reached the priority date of the latest EW petition approved prior to November 19, 1997, the 10,000 EW numbers available for a fiscal year are to be reduced by up to 5,000 annually beginning in the following fiscal year. This reduction is to be made for as long as necessary to offset adjustments under the NACARA program. Since the EW cut-off date reached November 19, 1997 during Fiscal Year 2001, the reduction in the EW annual limit to 5,000 began in Fiscal Year 2002.

### B. DIVERSITY IMMIGRANT (DV) CATEGORY

Section 203(c) of the Immigration and Nationality Act provides a maximum of up to 55,000 immigrant visas each fiscal year to permit immigration opportunities for persons

C 08-211
RWR

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Tatiana VINOGRADOVA     88888 | Michael B. Mukasey, ETAL (see attachment) |
| | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Washington, D.C. |
| | (IN U.S. PLAINTIFF CASES ONLY) |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Baltimore City, M~ (EXCEPT IN U.S. PLAINTIFF CASES) | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | |
|---|---|
| Morris H. Deutsch and Carolyn Ann Killea 1666 Connecticut Ave., N.W., #325 Washington, D.C. 20009 202-728-0820 | Case: 1:08-cv-00211 Assigned To : Roberts, Richard W. Assign. Date : 2/6/2008 Description: Admn. Agency Review |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
◉ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**

□ 410 Antitrust

○ **B. Personal Injury/ Malpractice**

□ 310 Airplane
□ 315 Airplane Product Liability
□ 320 Assault, Libel & Slander
□ 330 Federal Employers Liability
□ 340 Marine
□ 345 Marine Product Liability
□ 350 Motor Vehicle
□ 355 Motor Vehicle Product Liability
□ 360 Other Personal Injury
□ 362 Medical Malpractice
□ 365 Product Liability
□ 368 Asbestos Product Liability

◉ **C. Administrative Agency Review**

□ 151 Medicare Act

**Social Security:**
□ 861 HIA ((1395ff)
□ 862 Black Lung (923)
□ 863 DIWC/DIWW (405(g)
□ 864 SSID Title XVI
□ 865 RSI (405(g)
**Other Statutes**
□ 891 Agricultural Acts
□ 892 Economic Stabilization Act
□ 893 Environmental Matters
□ 894 Energy Allocation Act
☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

◉ **E. General Civil (Other)**     OR     ○ **F. Pro Se General Civil**

**Real Property**
□ 210 Land Condemnation
□ 220 Foreclosure
□ 230 Rent, Lease & Ejectment
□ 240 Torts to Land
□ 245 Tort Product Liability
□ 290 All Other Real Property

**Personal Property**
□ 370 Other Fraud
□ 371 Truth in Lending
□ 380 Other Personal Property Damage
□ 385 Property Damage Product Liability

**Bankruptcy**
□ 422 Appeal 28 USC 158
□ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
□ 535 Death Penalty
□ 540 Mandamus & Other
□ 550 Civil Rights
□ 555 Prison Condition

**Property Rights**
□ 820 Copyrights
□ 830 Patent
□ 840 Trademark

**Federal Tax Suits**
□ 870 Taxes (US plaintiff or defendant
□ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
□ 610 Agriculture
□ 620 Other Food &Drug
□ 625 Drug Related Seizure of Property 21 USC 881
□ 630 Liquor Laws
□ 640 RR & Truck
□ 650 Airline Regs
□ 660 Occupational Safety/Health
□ 690 Other

**Other Statutes**
□ 400 State Reapportionment
□ 430 Banks & Banking
□ 450 Commerce/ICC Rates/etc.
□ 460 Deportation

□ 470 Racketeer Influenced & Corrupt Organizations
□ 480 Consumer Credit
□ 490 Cable/Satellite TV
□ 810 Selective Service
□ 850 Securities/Commodities/ Exchange
□ 875 Customer Challenge 12 USC 3410
□ 900 Appeal of fee determination under equal access to Justice
□ 950 Constitutionality of State Statutes
□ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

⑧

| ○ **G. _Habeas Corpus/ 2255_** | ○ **H. _Employment Discrimination_** | ○ **I. _FOIA/PRIVACY ACT_** | ○ **J. _Student Loan_** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans<br>(excluding veterans) |

| ○ **K. _Labor/ERISA (non-employment)_** | ○ **L. _Other Civil Rights (non-employment)_** | ○ **M. _Contract_** | ○ **N. _Three-Judge Court_** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

28 USC 1361 - WRIT OF MANDAMUS

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 | **DEMAND $** [ ] **JURY DEMAND:** | Check YES only if demanded in complaint<br>YES ☐  NO ⊗ |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE Feb. 5, 2008   SIGNATURE OF ATTORNEY OF RECORD  _Carolyn A. Killea_ NMA ets

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.     COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.     CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed _only_ if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.     CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the _primary_ cause of action found in your complaint. You may select only _one_ category. You _must_ also select _one_ corresponding nature of suit found under the category of case.

VI.     CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.     RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.