
**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 1820 0003 7024 5145
Detailed Results:

- Delivered, February 11, 2008, 4:52 am, WASHINGTON, DC 20530
- Notice Left, February 11, 2008, 3:00 am, WASHINGTON, DC 20530
- Arrival at Unit, February 11, 2008, 1:34 am, WASHINGTON, DC 20022
- Acceptance, February 07, 2008, 12:52 pm, WASHINGTON, DC 20009

(< Back)   (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage: $
Certified Fee: $2.65
Return Receipt Fee (Endorsement Required): $2.
Restricted Delivery Fee (Endorsement Required): $0.00
Total Postage & Fees: $ 6.

Postmark: FEB 7 2008 WASHINGTON DC

Sent To: Michael Mukasey Attorney General
Street, Apt. No.; or PO Box No.: Dept of Justice 950 Pa Av NW
City, State, ZIP+4: Washington DC 20530-0001

PS Form 3800, June 2002   See Reverse for Instructions

7005 1820 0003 7024 5145

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Michael Mukasey US Attorney General
Dept. of Justice
950 Pennsylvania Ave NW
Washington, D.C. 20530-0001

1:08-CV-00211

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature]   ☐ Agent  ☐ Addressee
B. Received by (Printed Name) [name]   C. Date of Delivery FEB 12 2008
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1820 0003 7024 5145

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do   2/13/2008