
**UNITED STATES POSTAL SERVICE**

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 1820 0003 7024 5220
Detailed Results:
- Delivered, February 11, 2008, 8:10 am, WASHINGTON, DC 20528
- Arrival at Unit, February 11, 2008, 3:07 am, WASHINGTON, DC 20022
- Acceptance, February 07, 2008, 12:45 pm, WASHINGTON, DC 20009

**Track & Confirm**
Enter Label/Receipt Number.

( < Back )    ( Return to USPS.com Home > )    ( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy P

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Paul Novak Director
USCIS Vermont Service Center
Office of the General Counsel
U.S. Dept. of Homeland Security
Washington D.C. 20528

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature   X   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   DNS    C. Date of Delivery  2/15/08
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0003 7024 5220

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ $2.16   0277 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ $6.96 |

Postmark Here  FEB 7 2008 WASHINGTON DC

Sent To  Paul Novak VSC Dir USCIS
Street, Apt. No.; or PO Box No.  OGC DHS
City, State, ZIP+4  Wash DC 20528

PS Form 3800, June 2002   See Reverse for Instructions

0211   1:08CV

7005 1820 0003 7024 5220