AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Tatiana VINOGRADOVA

SUMMONS IN A CIVIL CASE

V.

Michael B. Mukasey, et. al.

Case: 1:08-cv-00211
Assigned To : Roberts, Richard W.
Assign. Date : 2/6/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Michael B. Mukasey
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave.,m NW
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Morris H. Deutsch
Carolyn Ann Killea
M. Deutsch Immigration Law Firm
1666 Connecticut Avenue, N.W., #325
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON           FEB - 6 2008

CLERK                              DATE

_[signature]_
(By) DEPUTY CLERK


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 1820 0003 7024 5145
Detailed Results:
- Delivered, February 11, 2008, 4:52 am, WASHINGTON, DC 20530
- Notice Left, February 11, 2008, 3:00 am, WASHINGTON, DC 20530
- Arrival at Unit, February 11, 2008, 1:34 am, WASHINGTON, DC 20022
- Acceptance, February 07, 2008, 12:52 pm, WASHINGTON, DC 20009

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy P

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information, visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Michael Mukasey Attorney General
Street, Apt. No.; or PO Box No.: Dept of Justice 950 Pa Av NW
City, State, ZIP+4: Washington DC 20530-0001

PS Form 3800, June 2002    See Reverse for Instructions

7005 1820 0003 7024 5145

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Michael Mukasey US Attorney General
Dept. of Justice
950 Pennsylvania Ave NW
Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature  X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery  FEB 1 2 2008
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1820 0003 7024 5145

1:08-CV-0021/

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do    2/15/2008