AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Tatiana VINOGRADOVA

**SUMMONS IN A CIVIL CASE**

V.

Michael B. Mukasey, et. al.

CASE
Case: 1:08-cv-00211
Assigned To : Roberts, Richard W.
Assign. Date : 2/6/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Paul Novak Director, USCIS
Vermont Service Center
Office of the General Counsel
US Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Morris H. Deutsch
Carolyn Ann Killea
M. Deutsch Immigration Law Firm
1666 Connecticut Avenue, N.W., #325
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON         FEB - 6 2008
CLERK                            DATE

(By) DEPUTY CLERK



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm       FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: 7005 1820 0003 7024 5220
Detailed Results:
- Delivered, February 11, 2008, 8:10 am, WASHINGTON, DC 20528
- Arrival at Unit, February 11, 2008, 3:07 am, WASHINGTON, DC 20022
- Acceptance, February 07, 2008, 12:45 pm, WASHINGTON, DC 20009

( < Back )     ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy P

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $2.16 0277 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $6.96 |

Postmark: FEB 7 2008 WASHINGTON DC

Sent To: Paul Novak VSC Dir USCIS
Street, Apt. No.; or PO Box No.: OGC DHS
City, State, ZIP+4: Wash DC 20528

PS Form 3800, June 2002   See Reverse for Instructions

7005 1820 0003 7024 5220

---

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Paul Novak Director
USCIS Vermont Service Center
Office of the General Counsel
U.S. Dept. of Homeland Security
Washington D.C. 20528

2. Article Number (Transfer from service label): 7005 1820 0003 7024 5220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X _____ □ Agent □ Addressee
B. Received by (Printed Name): DNS
C. Date of Delivery: 2/15/08
D. Is delivery address different from item 1? □ Yes  □ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)  □ Yes

0211   1:08cv