AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Tatiana VINOGRADOVA

SUMMONS IN A CIVIL CASE

V.

Michael B. Mukasey, et. al.

CASE NUMBER: 1:08-cv-00211

TO: (Name and address of Defendant)

Jeffrey A. Taylor, U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Morris H. Deutsch
Carolyn Ann Killea
M. Deutsch Immigration Law Firm
1666 Connecticut Avenue, N.W., #325
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB 19 2008

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | Feb. 19, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Daniela X. Cornejo | Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 555 4th St., N.W. Washington, D.C. 20530 / 501 3rd St., NW Washington, D.C. 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $3.00 | | $3.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/19/2008
         Date                Signature of Server

4730 Forestdale Drive,
Fairfax, VA 22032
        Address of Server

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS
19 DAY OF Feb, 20 08

Gretchen Colbert, NAry

My Commission Expires 10-31-2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS
_____ day of _____

_____
Notary Public

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

CIVIL CASE NUMBER:

Tatiana VINOGRADOVA (A98 272 902)
1 Winkel Court
Apt. 2-C
Baltimore, MD 21237

    Plaintiff

    vs.

Michael B. MUKASEY,
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Michael CHERTOFF,
Secretary of the Department of Homeland Security
Office of the General Counsel
US Department of Homeland Security
Washington, DC 20528

Emilio T. GONZALEZ, Director of United
States Citizenship and Immigration Services (USCIS)
Office of the Chief Counsel
U.S. Citizenship and Immigration Services
20 Massachusetts Ave, NW, Rm 4025
Washington, DC 20529

Paul NOVAK, Director, USCIS
Vermont Service Center
75 Lower Welden Street
St. Albans, VT

Case: 1:08-cv-00211
Assigned To : Roberts, Richard W.
Assign. Date : 2/6/2008
Description: Admn. Agency Review



RECEIVED 2008 FEB 19 P 12: 40