
**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 1820 0003 7024 5251
Detailed Results:
- Delivered, February 11, 2008, 8:10 am, WASHINGTON, DC 20528
- Arrival at Unit, February 11, 2008, 3:08 am, WASHINGTON, DC 20022
- Acceptance, February 07, 2008, 12:48 pm, WASHINGTON, DC 20009

( < Back )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy P

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $  $2.16
Certified Fee  $2.65
Return Receipt Fee (Endorsement Required)  $2.15
Restricted Delivery Fee (Endorsement Required)  $0.00
Total Postage & Fees  $ $6.96

Postmark Here — TEMPLE HGTS STA WASHINGTON DC FEB 7 2008

Sent To: Emilio Gonzalez USCIS Director
Street, Apt. No.; or PO Box No.: OGC DHS
City, State, ZIP+4: Washington DC 20528

PS Form 3800, June 2002    See Reverse for Instructions

7005 1820 0003 7024 5251

---

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Emilio T. Gonzalez USCIS Director
Office of the General Counsel
U.S. Dept. of Homeland Security
Washington D.C. 20528

1 08 cv 00211

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): DHS
C. Date of Delivery: 2/15/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. [Article Number] 7005 1820 0003 7024 5251

---

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Tatiana VINOGRADOVA

**SUMMONS IN A CIVIL CASE**

V.

Michael B. Mukasey, et. al.

CA: Case: 1:08-cv-00211
Assigned To : Roberts, Richard W.
Assign. Date : 2/6/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Emilio T. Gonzalez, Director
United States Citizenship and Immigration Services
Office of the General Counsel
US Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Morris H. Deutsch
Carolyn Ann Killea
M. Deutsch Immigration Law Firm
1666 Connecticut Avenue, N.W., #325
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB - 6 2008

CLERK                                      DATE

(By) DEPUTY CLERK