
**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 1820 0003 7024 5213
Detailed Results:
- Delivered, February 11, 2008, 8:10 am, WASHINGTON, DC 20528
- Arrival at Unit, February 11, 2008, 3:07 am, WASHINGTON, DC 20022
- Acceptance, February 07, 2008, 12:42 pm, WASHINGTON, DC 20009

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sen---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Priv

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Dat.

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $2.16 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2. |
| Restricted Delivery Fee (Endorsement Required) | $0. |
| Total Postage & Fees | $ $6.95 |

Sent To: Evelyn Upchurch Dir TSC USCIS
Street, Apt No.; or PO Box No. OGC DHS
City, State, ZIP+4 Wash DC 20528

PS Form 3800, June 2002        See Reverse for Instructions

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery FEB 13 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

1. Article Addressed to:
Evelyn Upchurch Director
USCIS Texas Service Center
Office of the General Counsel
US Dept. of Homeland Security
Washington D.C. 20528

SERVICE ACCEPTED IN OFFICIAL CAPACITY  1:08 CV 0211

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0003 7024 5213

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

7005 1820 0003 7024 5213

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/IntcrLabelDetail.do    2/13/2008

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Tatiana VINOGRADOVA

SUMMONS IN A CIVIL CASE

V.

Michael B. Mukasey, et. al.

Case: 1:08-cv-00211
Assigned To : Roberts, Richard W.
Assign. Date : 2/6/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Evelyn Upchurch Director, USCIS
Texas Service Center
Office of the General Counsel
US Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Morris H. Deutsch
Carolyn Ann Killea
M. Deutsch Immigration Law Firm
1666 Connecticut Avenue, N.W., #325
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          FEB - 6 2008

CLERK                            DATE

(By) DEPUTY CLERK