AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Tatiana VINOGRADOVA

**SUMMONS IN A CIVIL CASE**

V.

Michael B. Mukasey, et. al.

CA  Case: 1:08-cv-00211
Assigned To : Roberts, Richard W.
Assign. Date : 2/6/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Michael CHERTOFF
Secretary of the Department of Homeland Security
Office of the General Counsel
US Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Morris H. Deutsch
Carolyn Ann Killea
M. Deutsch Immigration Law Firm
1666 Connecticut Avenue, N.W., #325
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON           FEB - 6 2008

CLERK                             DATE

(By) DEPUTY CLERK



UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: 7005 1820 0003 7024 5152
Detailed Results:

- Delivered, February 11, 2008, 8:10 am, WASHINGTON, DC 20528
- Arrival at Unit, February 11, 2008, 3:07 am, WASHINGTON, DC 20022
- Acceptance, February 07, 2008, 12:46 pm, WASHINGTON, DC 20009

< Back    Return to USPS.com Home >

### Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

Track & Confirm by email

Get current event information or updates for your item sent

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data


