AO 440 (Rev DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Tatiana VINOGRADOVA

SUMMONS IN A CIVIL CASE

V.

Michael B. Mukasey, et. al.

Case: 1:08-cv-00211
Assigned To : Roberts, Richard W.
Assign. Date : 2/6/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Robert S. MUELLER, Director,
Federal Bureau of Investigation
Office of the General Counsel
935 Pennsylvania Avenue, N.W. Rm. 7427
Washington, D.C. 20535

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Morris H. Deutsch
Carolyn Ann Killea
M. Deutsch Immigration Law Firm
1666 Connecticut Avenue, N.W., #325
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB - 6 2008
_____          _____
CLERK                                       DATE

_____
(By) DEPUTY CLERK


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

**Search Results**

Label/Receipt Number: 7005 1820 0003 7024 5206
Detailed Results:
- Delivered, February 11, 2008, 4:16 am, WASHINGTON, DC 20535
- Notice Left, February 11, 2008, 2:08 am, WASHINGTON, DC 20535
- Arrival at Unit, February 11, 2008, 1:25 am, WASHINGTON, DC 20022
- Acceptance, February 07, 2008, 12:51 pm, WASHINGTON, DC 20009

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

**Notification Options**

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.    ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



Certified Mail Receipt — Sent To: Robt S Mueller Director FBI, OGC 935 Pa Av NW #7427, Wash DC 20535