UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TATIANA VINOGRADOVA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 1:08CV0211(RWR) |
| MICHAEL B. MUKASEY, United States Attorney General, et al., | ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: April 10, 2008                                   Respectfully submitted,

                                                     /s/ Robin M. Meriweather
                                                    ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                                    Assistant United States Attorney
                                                    555 Fourth St., N.W.
                                                    Washington, D.C.  20530
                                                    Phone: (202) 514-7198   Fax: (202) 514-8780
                                                    Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April 2008 I caused the foregoing Notice to be filed and served via the Court's Electronic Case Filing system.

                              /s/
ROBIN M. MERIWEATHER, D.C. Bar # 490114