UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TATIANA VINOGRADOVA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL B. MUKASEY, United States<br>Attorney General, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case Number: 1:08CV0211(RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

_____
CAROLYN A. KILLEA, DC Bar #412419
MORRIS H. DEUTSCH, DC Bar #405483
M. DEUTSCH IMMIGRATION
    LAW FIRM
1666 Connecticut Avenue, NW
Washington, DC 20009
Phone: (202) 728-0820
Fax: (202) 234-1270

*Counsel for Plaintiff*

Dated: April 10, 2008

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC BAR # 434122
Assistant United States Attorney

_____
ROBIN M. MERIWEATHER, DC Bar # 490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*